IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH K. GORE,** | CIV S-08-0448 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **E.K. MC DANIALS, et al.,** | |
| Respondents. | |

Upon considering Respondent's request for an extension of time (docket no. 14), and good cause appearing therefore, Respondent shall have 60 days from service of this order to file a response to Petitioner's application for writ of habeas corpus.

IT IS SO ORDERED.

DATED: July 23, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1