IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH K. GORE,** | Case No. CIV 2:08-cv-0448 JAM KJM |
| Petitioner, | **ORDER** |
| v. | |
| **E.K. MC DANIALS, et al.,** | |
| Respondents. | |

IT IS HEREBY ORDERED that respondent's motion for an extension of time (docket no. 34) is granted and the time for filing respondent's responsive pleading is extended through and including February 5, 2010.

Dated: January 28, 2010.

_____
U.S. MAGISTRATE JUDGE

1