IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH K. GORE,

    Petitioner,               No. CIV S-08-0448 JAM KJM P

    vs.

E. K. MC DANIALS, et al.,

    Respondents.          <u>ORDER</u>

_____ /

        Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus. On September 14, 2009, this court denied petitioner's initial request for a stay of the proceedings. He has now filed an amended request for a stay. However, it appears that the California Supreme Court has denied his exhaustion petition, rendering a stay unnecessary. <u>See</u> <u>In re Gore</u>, S176410 (Cal. S. Ct. March 10, 2010).

        IT IS THEREFORE ORDERED that petitioner's request for a stay (Docket No. 26) is denied.

DATED: April 22, 2010.

_____
U.S. MAGISTRATE JUDGE

2/gore0448.sty

1