UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| JOSEPH K. GORE,<br><br>Petitioner<br><br>v.<br><br>E.K. McDANIALS, *et al*.,<br><br>Respondents | 2:08-CV-00448 TJH<br><br><br>ORDER RE: CERTIFICATE<br>OF APPEALABILITY |
|---|---|

On August 3, 2012, Petitioner filed a Notice of Appeal and a request for a Certificate of Appealability pursuant to 28 U.S.C. § 2253. The Court has reviewed the matter.

IT IS HEREBY ORDERED.

☐ The Certificate of Appealability is GRANTED. The specific issues satisfy § as follows:

☑ The Certificate of Appealability is DENIED for the following reason(s):
    ☑ There has been no substantial showing of the denial of a constitutional right.
    ☐ The appeal seeks to test the validity of a warrant to remove to another district or place for commitment or trial.
    ☐ The appeal seeks to test the validity of the detention pending removal proceedings.

March 27, 2013                         _Terry J. Hatter, Jr._
Date                                    United States District Judge